UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BELL, SR., | No. 2:20-cv-00793-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 4, 2020 the court screened plaintiff's complaint and found service appropriate for defendant Scott Jones. ECF No. 4. Plaintiff was ordered to complete and return the necessary forms to accomplish service of process on defendant Jones. Id. While plaintiff returned the service documents to the court, he also filed a first amended complaint. ECF Nos. 7-8. Therefore, it is not clear to the court whether plaintiff intends to proceed on his original complaint as screened by the court or whether he wants to proceed on the first amended complaint. Until plaintiff clarifies his position, the court will not order service of process on defendant Jones.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall notify the court within 21 days from the date of this order whether: 1) he wants to proceed on the original complaint as

screened by the court; or, 2) whether he wants the court to screen his first amended complaint by returning the attached notice of election form.

Dated:  May 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0793.osc.docx

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BELL, SR., <br><br> Plaintiff, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | No. 2:20-cv-00793 WBS CKD <br><br> NOTICE OF ELECTION |

**Check only one option:**

\_\_\_\_\_ Plaintiff wants to proceed on the original complaint as screened by the court's order of May 4, 2020; or,

\_\_\_\_\_ Plaintiff wants the court to screen the first amended complaint filed on May 7, 2020.

DATED:

_____
                           Plaintiff

3