1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC BELL, SR.,                         No.  2:20-cv-0793 WBS CKD P

12                  Plaintiff,

13        v.                                  ORDER

14   GAVIN NEWSOM, et al.,

15                  Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 4, 2020, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within thirty days.  Plaintiff has filed objections to the

23   findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2020, are adopted in full;

2. Defendant Newsom is dismissed without leave to amend for failing to state a claim for relief; and

3. The Presiding Judge of the Sacramento Superior Court also is dismissed from this action without leave to amend because this defendant is immune from monetary relief.

Dated:  June 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/bell0793.804

2