UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BELL, SR., | No. 2:20-cv-00793-WBS-CKD P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff is a former county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 29, 2020, defendant filed a motion to compel discovery response from plaintiff. ECF No. 31. The time for plaintiff to file any opposition to this motion has expired and plaintiff has not responded. See Local Rule 230(l).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to defendant's motion to compel within 21 days from the date of this order.

2. Any request for an extension of time to comply with this order will require a showing of good cause.

/////

/////

/////

1

3. Plaintiff is warned that the failure to comply with this order may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions, up to and including the dismissal of this action.

Dated: January 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0793.nooppm2compel.docx